NEW YORK TELEPHONE COMPANY, 15 Dey Street, New York, New York, Appellant, v. JAMESTOWN TELEPHONE CORPORATION, Jamestown, New York, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 1.] Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

A. VICTOR & Co., Respondent, v. JOSEPH SLEININGER, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. [See 255 App. Div. 673.] Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of GLENN MARTIN, Appellant, for a Mandamus Order against Hon. THEODORE M. COBURN, as District Attorney of the County of Cayuga, New York, Respondent.— Motion for reargument denied. Present — Sears, P. J., Crosby, Lewis and Taylor, JJ. [See *ante*, p. 887; Id. 895.]

JOSEPH MANSOUR, Appellant, v. INTERNATIONAL RAILWAY COMPANY and CITY OF NIAGARA FALLS, Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

ALICE NEMIR, Appellant, v. INTERNATIONAL RAILWAY COMPANY and CITY OF NIAGARA FALLS, Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

LENA M. MITCHELL, Respondent, v. CHARLES F. GILMOUR and HELEN N. GILMOUR, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

BERTHA GEDDES, Appellant, v. JAMES T. GEDDES, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

## (March 22, 1939.)

THERESA C. SMITH and CHARLOTTE M. MOTT, Appellants, v. CHESTER W. FRANK, Respondent. — Order affirmed, with ten dollars costs and disbursements, upon the ground that the affidavits present a triable issue as to the amount of damages sustained by the plaintiffs particularly in view of the allegations in the defendant's affidavits in support of that part of the defendant's answer embodied in the section entitled " fifth defense." All concur. (The order denies plaintiffs' motion for summary judgment in an action under a lease to recover rental due on property.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.